IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00094-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRODERICK MAURICE MCDOWELL | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for Compassionate Release, (Doc. No. 76), from a local jail where he is serving a sentence for violating the conditions of his supervised release.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within fourteen (14) days of the entry of this Order.

Signed: August 27, 2020

Robert J. Conrad, Jr.
United States District Judge