| | | |
|---|---|---|
| **To:** | The Honorable Robert J. Conrad, Jr.<br>U.S. District Court Judge |  |
| **From:** | Corey Campbell<br>Senior United States Probation Officer | |
| **Subject:** | **Broderick Maurice McDowell**<br>Case Number: 0419 3:14CR00094- 001<br>**REQUEST TO DESTROY SEIZED PROPERTY** | **NORTH CAROLINA WESTERN**<br>**MEMORANDUM** |
| **Date:** | 7/29/2021 | |

On November 18, 2019, a LG Stylo 4 cell phone with serial number LGQ710AL6LYL7PZ549 was seized from Broderick Maurice McDowell. This seizure occurred as the probation officer was conducting an investigation into suspected fraudulent activity committed by Mr. McDowell. This conduct was the basis of a violation petition that was filed on 1/28/2020 that ultimately resulted in a revocation of supervised release. No further term of supervision was ordered.

The cell phone that was seized was found to contain personal identifying information from multiple individuals. Returning this phone would put this information back into the hands of Mr. McDowell, which would allow the possibility of further victimization of these individuals. For this reason, the probation officer is respectfully requesting the Court's permission to destroy this seized property.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7675, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: July 29, 2021

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge